■ JEFFREY G. McFARLAND, Respondent, et al., Plaintiff, v AMERICAN OXYGEN COMPANY, Defendant, and TRI-WELD INDUSTRIES, INC., Appellant. (And a Third-Party Action.) (And Another Title.) [934 NYS2d 718]—

The Supreme Court properly denied that branch of the motion of the defendant Tri-Weld Industries, Inc. (hereinafter Tri-Weld), which was for summary judgment dismissing the complaint insofar as asserted against it by the plaintiff Jeffrey G. McFarland. In response to Tri-Weld's prima facie showing of entitlement to judgment as a matter of law (*see Alvarez v Prospect Hosp.*, 68 NY2d 320 [1986]), McFarland raised a triable issue of fact through the submission of his expert's affidavit (*see Zuckerman v City of New York*, 49 NY2d 557 [1980]). Angiolillo, J.P., Hall, Austin and Miller, JJ., concur. **[Prior Case History: 2010 NY Slip Op 33011(U).]**